Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 17−10497−CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeremi Leroy Truex
   104 Pollypod Road
   West Creek, NJ 08092

Social Security No.:
   xxx−xx−4116

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/17/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 17, 2017
JAN: bwj

                                                                                                                           Jeanne Naughton
                                                                                                                           Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                              Case No. 17-10497-CMG
Jeremi Leroy Truex                                                  Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Mar 17, 2017
                              Form ID: 148             Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2017.
db            +Jeremi Leroy Truex,    104 Pollypod Road,    West Creek, NJ 08092-2824
lm            +Caliber Home Loans,    POB 24610,   Oklahoma City, OK 73124-0610
cr            +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
516586578     +Ar Resources Inc,    Bankruptcy,   Po Box 1056,    Blue Bell, PA 19422-0287
516586579     +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
516586580      Barron Emergency Physicians,    ATTN: Bankruptcy,    1140 Route 72 West,
                Manahawkin, NJ 08050-2412
516586582     +Caliber Home Loans, Inc,    715 S Metropolitan Ave,    Oklahoma City, OK 73108-2088
516586581     +Caliber Home Loans, Inc,    Attn: Cash Operations,    Po Box 24330,
                Oklahoma City, OK 73124-0330
516586583     +Commonwealth Financial Systems,    245 Main St,    Dickson City, PA 18519-1641
516639283     +Curtis Truex,    77 Polly Pod Road,   West Creek, NJ 08092-9646
516639284     +Dann & Merino, P.C.,    1 Meadowlands Plaza,    Suite 200, Room 252,
                East Rutherford, NJ 07073-2152
516586584      Dr. Laura A Malfitano, DO,    1301 NJ-72,   Manahawkin, NJ 08050
516586586     +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
516586585     +Financial Recoveries,    Po Box 1388,   Mount Laurel, NJ 08054-7388
516629877     +Harley-Davidson Credit Corp.,    PO Box 9013,   Addison, Texas 75001-9013
516586592     +Rutgers RWJM Group Anethesia,    ATTN: Bankruptcy Dept,    1 Robert Wood Johnson Place,
                New Brunswick, NJ 08901-1928

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 17 2017 23:48:00     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 17 2017 23:47:56      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516586587     +E-mail/Text: bky@martonelaw.com Mar 17 2017 23:47:15      Frank J. Martone, PC,
                 1455 Broad Street,    Bloomfield, NJ 07003-3068
516586589     +E-mail/Text: bankruptcy.notices@hdfsi.com Mar 17 2017 23:48:39      Harley Davidson Financial,
                 Po Box 21829,    Carson City, NV 89721-1829
516586588     +E-mail/Text: bankruptcy.notices@hdfsi.com Mar 17 2017 23:48:39      Harley Davidson Financial,
                 Attention: Bankruptcy,    Po Box 22048,    Carson City, NV 89721-2048
516586591     +E-mail/Text: bkynotice@harvardcollect.com Mar 17 2017 23:49:06      Harvard Collection,
                 4839 N Elston Ave,   Chicago, IL 60630-2589
516586590     +E-mail/Text: bkynotice@harvardcollect.com Mar 17 2017 23:49:06      Harvard Collection,
                 Harvard Collection Services,    4839 N Elston Avenue,    Chicago, IL 60630-2589
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516639276      17-10497
516639294      Tara L Miller
516639278*    +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
516639277*    +Ar Resources Inc,    Bankruptcy,   Po Box 1056,    Blue Bell, PA 19422-0287
516639279*     Barron Emergency Physicians,    ATTN: Bankruptcy,    1140 Route 72 West,
                Manahawkin, NJ 08050-2412
516639280*    +Caliber Home Loans, Inc,    Attn: Cash Operations,    Po Box 24330,
                Oklahoma City, OK 73124-0330
516639281*    +Caliber Home Loans, Inc,    715 S Metropolitan Ave,    Oklahoma City, OK 73108-2088
516639282*    +Commonwealth Financial Systems,    245 Main St,    Dickson City, PA 18519-1641
516639285*     Dr. Laura A Malfitano, DO,    1301 NJ-72,   Manahawkin, NJ 08050
516639287*    +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
516639286*    +Financial Recoveries,    Po Box 1388,   Mount Laurel, NJ 08054-7388
516639288*    +Frank J. Martone, PC,    1455 Broad Street,    Bloomfield, NJ 07003-3068
516639290*    +Harley Davidson Financial,    Po Box 21829,    Carson City, NV 89721-1829
516639289*    +Harley Davidson Financial,    Attention: Bankruptcy,    Po Box 22048,
                Carson City, NV 89721-2048
516639292*    +Harvard Collection,    4839 N Elston Ave,   Chicago, IL 60630-2589
516639291*    +Harvard Collection,    Harvard Collection Services,    4839 N Elston Avenue,
                Chicago, IL 60630-2589
516639293*    +Rutgers RWJM Group Anethesia,    ATTN: Bankruptcy Dept,    1 Robert Wood Johnson Place,
                New Brunswick, NJ 08901-1928
                                                                              TOTALS: 2, * 15, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Mar 17, 2017
                              Form ID: 148             Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2017 at the address(es) listed below:
              Albert     Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Frank J. Martone    on behalf of Creditor    CALIBER HOME LOANS as servicer for U.S. BANK TRUST,
               N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST bky@martonelaw.com
              Javier L. Merino    on behalf of Debtor Jeremi Leroy Truex jmerino@dannlaw.com,
               notices@dannlaw.com;sarah@dannlaw.com
              Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
               LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 7
```